McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
LAUREL J. MONTOYA
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED

JUL 1 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAUL DELEON,<br><br>    Defendant. | CR. NO. 1:08 CR 00220 OWW<br><br>EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL FEDERAL RULES OF CRIMINAL PROCEDURE |

    The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 10, 2008 charging the above defendant with a violation of Title 18, United States Code, Section 1001-Making a False, Fictitious or Fraudulent Statement, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued

1  pursuant thereto, except when necessary for the issuance and
2  execution of the warrants.
3  DATED: July 10, 2008                    Respectfully submitted,
4                                          McGREGOR W. SCOTT
                                           United States Attorney
5
                                           By
6                                              MARK E. CULLERS
                                           Assistant U.S. Attorney
7
8  ORDERED as prayed this 10th day of July, 2008.

10                                         U.S. Magistrate Judge