

```
FILED
JUL 15 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK
```

1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,       )  CASE NO.  1:08-CR-0220 OWW
9                                  )
                                   )
10               Plaintiff,        )  MOTION TO UNSEAL INDICTMENT;
                                   )  [PR~~OPOSED~~] ORDER
11          v.                     )
                                   )
12  RAUL DELEON,                   )
                                   )
13               Defendant.        )
                                   )
14  _____

15       This Indictment was sealed by Order of this Court pursuant to

16  Rule 6(e) of the Federal Rules of Criminal Procedure.

17       The United States of America, by and through McGregor W.

18  Scott, United States Attorney, and Laurel J. Montoya, Assistant

19  United States Attorney, hereby moves that the Indictment in this

20  case be unsealed and made public record.

    Dated: July 15, 2008            _____
21                                  LAUREL J. MONTOYA
                                    Assistant U. S. Attorney
22
         IT IS SO ORDERED.
23
                                    _____
24  DATED: July 15, 2008
                                    ~~DENNIS L. BECK~~
25                                  United States Magistrate Judge

26

27

28

                                    1