PAUL Q. GOYETTE, SB 137250
GOYETTE & ASSOCIATES, INC.
11344 COLOMA ROAD, SUITE 145
GOLD RIVER, CA 95670
916-851-1900
916-851-1995 Facsimile
goyettep@goyette-assoc.com

Attorneys for Raul DeLeon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

FRESNO

| | |
|---|---|
| UNITED STATES | CASE NO. 08-CR-00220 OWW |
| PLAINTIFF, | ORDER TO CONTINUE TRIAL DATE |
| V. | |
| RAUL DeLEON | Trial Date: April 7, 2009 |
| DEFENDANT. | |

Pursuant to the stipulation and good cause appearing, IT IS SO ORDERED that the trial of this matter be continued to 4/28/2009.

Date:___3/4/2009_____     __/s/ OLIVER W WANGER____

JUDGE OLIVER W. WANGER

Proposed Order to Continue Trial         1