**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **JUDGMENT OF** |
| | ) | **ACQUITTAL** |
| | ) | |
| | ) | |
| | ) | 1:08-CR-00220 OWW |
| vs. | ) | |
| | ) | |
| RAUL DELEON, | ) | |
| _____ | ) | |

The defendant having been found not guilty as to all five counts by jury verdicts,

Judgment of Acquittal is hereby entered on all countsl

IT IS SO ORDERED.

**Dated:   May 1, 2009**              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE