PAUL Q. GOYETTE, SB 137250
GOYETTE & ASSOCIATES, INC.
11344 COLOMA ROAD, SUITE 145
GOLD RIVER, CA 95670
916-851-1900
916-851-1995 Facsimile
goyettep@goyette-assoc.com

Attorneys for Raul DeLeon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

FRESNO

| | |
|---|---|
| UNITED STATES<br><br>    PLAINTIFF,<br>V.<br>RAUL DeLEON<br>    DEFENDANT.<br>_____/ | CASE NO. 08-CR-00220 OWW<br><br>ORDER TO RELEASE DEFENDANT'S PASSPORT<br><br>Trial Date: April 7, 2009 |

Pursuant to the Judgment of Acquittal entered on Defendant, Raul DeLeon, it is hereby ordered that the Court release Defendant's passport to Defendant.

IT IS SO ORDERED.

**Dated:   May 6, 2009**              /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE

Order to Release Defendant's Passport                1